UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Alfonso Serna | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | No. 1:06-CV-00114-AWI-DLB |
| | : | |
| Four Kings, Inc. | : | |
| | : | |
| Defendant | : | |

S T I P U L A T I O N

COMES NOW the parties who jointly agree and request that this Court extend the time for the filing of Defendant's answer in the above Matter to July 20, 2006 and reschedule for Thursday, May 4, 2006, to July 20, 2006.

This Stipulation is being entered into on the premise that the parties fully expect to enter into settlement negotiations no later than the week of June 12, 2006 at which time Defendant will be in a financial position to make a reasonable settlement offer to Plaintiff, the general outline of which has been made known to Plaintiff's counsel.  It is fully

expected that a settlement will then be reached by and between the Parties.

A similar Stipulation between the Parties is also being filed this date in their co-pending action before this Court, No. 1:06-CV-00115-REC-DLB.

Respectfully Submitted:

ALFONSO SERNA, Plaintiff                    FOUR KINGS, INC.

By: **/s/ Wm. Greg Dobson**                 By: **/s/ Leo W. King**

Wm. Greg Dobson                             Leo W. King
GA State Bar No. 237770                     President
Morriss, Lober & Dobson, LLC                Four Kings, Inc.
830 Mulberry Street                         556 E. Gettysburg Ave.
Suite 201                                   Fresno, CA 93704
Macon, GA 31201                             Tel: 559-225-2593
Tel: 478-745-7700                           Fax: 559-225-3915
Fax: 478-745-4888
Counsel for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Alfonso Serna | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | No. 1:06-CV-00114-AWI-DLB |
| | : | |
| Four Kings, Inc. | : | |
| | : | |
| Defendant | : | |

## O R D E R

PURSUANT TO the joint stipulation filed by the Parties in the above identified action on May 3, 2006;

IT IS HEREBY ORDERED that the filing of Defendant's answer in the above Matter be extended to July 20, 2006.

IT IS FURTHER ORDERED that the Scheduling Conference, previously scheduled for Thursday, May 9, 2006, is hereby rescheduled for July 20, 2006.

IT IS SO ORDERED.

Dated:   May 11, 2006                     /s/ Dennis L. Beck

                                                                                      UNITED STATES MAGISTRATE JUDGE