Bradley A. Silva, #109423
LAW OFFICES OF BRADLEY A. SILVA
8483 N. Millbrook Avenue, Suite 104
Fresno, California 93720
Telephone:   (559) 446-2000
Facsimile:   (559) 446-2004

Attorney for Plaintiff, ALFONSO SERNA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| ALFONSO SERNA, | Case No. 1:06-CV-00114-AWI |
| Plaintiff, | ORDER RE SCHEDULING CONFERENCE |
| v. | |
| FOUR KINGS, INC. a.k.a. KING ENTERPRISES, | |
| Defendant. | |
| AND CONSOLIDATED ACTION | Case No. 1:06-CV-00115-OWW |

The above-entitled actions came before the Court October 10, 2006, pursuant to prior Orders of Court. Plaintiff was represented by counsel, Bradley A. Silva, Esq., and Leo King, a principal for *pro se* Defendant, Four Kings, Inc., was also present in Court. The Court having considered the circumstances, the failure of Defendant to appear in these consolidated actions through local counsel, and good cause appearing therefor,

IT IS ORDERED that Defendant, Four Kings, Inc., shall, on or before October 19, 2006, file pleadings in response to the two consolidated actions, through an attorney duly licensed to practice law in the State of California. Absent the filing of responsive pleadings, Plaintiff may request the entry of Defendant's default in the two consolidated actions.

1     IT IS FURTHER ORDERED that a further scheduling conference shall be held October
2  31, 2006, at 9:00 o'clock a.m. before Magistrate Judge Dennis L. Beck.  The parties shall confer
3  and file a joint scheduling conference statement prior to the scheduling conference.
4     IT IS SO ORDERED.
5  **Dated:   October 18, 2006**              /s/ Oliver W. Wanger
   emm0d6                                    UNITED STATES DISTRICT JUDGE