IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFONSO SERNA,<br><br>    Plaintiff,<br><br>    v.<br><br>FOUR KINGS, INC.,<br><br>    Defendant.<br>_____/ | CASE NO. CV F 06-114 LJO DLB<br><br>**ORDER TO SHOW CAUSE**; **ORDER RESETTING PRETRIAL CONFERENCE** |

On March 7, 2007, the parties were ordered to file a Joint Pretrial Conference Statement with this Court no later than June 6, 2007. Counsel for plaintiff violated the order which "requir[ed] <u>Joint</u> Pretrial statements...[to] be filed seven days before the hearing date" (emphasis per original). Standing Order, p. 2 (Doc. 22). A Pretrial Conference Statement without participation from all parties is of little value to this Court. Accordingly, the Court hereby ORDERS:

I. **Counsel for plaintiff shall show cause in writing why sanctions should not be imposed for failure to file the Pretrial Conference Statement**. Counsel must file such show of cause with the Court no later than June 13, 2007. This Court will conduct a hearing on the order to show cause on June 20, 2007 at 9 a.m. in Courtroom 4 (LJO); and

II. **The pretrial conference currently set for June 13, 2007 is CONTINUED to June 20, 2007 at 9 a.m. in Courtroom 4 (LJO) of this Court.** Counsel may appear at the conference by telephone by arranging a one-line conference call and dialing (559)499-5680. A JOINT Pretrial Conference Statement is due on or before June 11, 2007.

IT IS SO ORDERED.

**Dated:   June 7, 2007**                    **/s/ Lawrence J. O'Neill**
                                            UNITED STATES DISTRICT JUDGE