# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFONSO SERNA, | CASE NO. CV F 06-114 LJO DLB |
|     Plaintiff, | **ORDER OF DISMISSAL** |
|     v. | |
| FOUR KINGS, INC., | |
|     Defendant. | |

On July 18, 2007, counsel filed a joint Stipulation for Dismissal (Doc. 29), indicating that the actions have been settled and requesting this Court enter an order of dismissal with prejudice pursuant to Fed. R. Civ. P. 41(a). Pursuant to the Stipulation of the parties, and good cause appearing, the Court ORDERS:

    I.    Case No. CV-F-06-114-LJO-DLB be DISMISSED with prejudice;

    II.    Case No. CV-F-06-115-OWW-DLB be DISMISSED with prejudice;

    III.    The trial date currently set for July 23, 2007 shall be VACATED; and

    IV.    The clerk is directed to CLOSE both of the actions herein described.

IT IS SO ORDERED.

**Dated:**   **July 19, 2007**          /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE